UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNSON,

        Plaintiff,

    v.

UNKNOWN,

        Defendant.

Case No. 25-cv-04529-TLT

**ORDER OF DISMISSAL**

Paul Samuel Johnson, a California state prisoner at Correctional Training Facility, filed a letter with the Court on May 29, 2025, which the Court construed as an attempt to file a civil rights action. Dkt. No. 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because (1) he had not submitted his complaint or petition on the proper form; and (2) he had not submitted an *in forma pauperis* application or paid the filing fee. Dkt. Nos. 2, 3. The Court informed plaintiff that he needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The deadline has passed, and plaintiff has not submitted the required documents.

The Court therefore dismisses this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain both (1) a complaint on the proper form and (2) either the full filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: August 7, 2025

TRINA L. THOMPSON
United States District Judge